JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN WANG and DONGCHEN LI, | Case No. LACV 19-6558-AB (JPRx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| PETER T. GAYNOR,[1] Acting Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

On January 7, 2021, the Court ordered that Defendants' Motion to Dismiss, Dkt. 40, be granted under Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction. The Court dismissed Plaintiffs' First Amended Complaint, Dkt. 36, without prejudice and ordered that because the jurisdictional

---

[1] Under Fed. R. Civ. P. 25(d), Acting Secretary Gaynor is automatically substituted for his predecessor.

defects in Plaintiffs' First Amended Complaint cannot be cured by amendment, this action is dismissed without leave to amend.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE;

2. Because the jurisdictional defects in Plaintiffs' First Amended Complaint cannot be cured by amendment, this action is DISMISSED WITHOUT LEAVE TO AMEND; and that

3. JUDGMENT IS ENTERED for Defendants Peter T. Gaynor, Acting Secretary of Homeland Security, *et al.*

DATED: January 19, 2021

Hon. André Birotte Jr.
United States District Judge